


7949-1A4495-01



Bickel
Depo
#2

FILE



BEBEL
Depo
#3