```
 1              IN THE UNITED DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF PENNSYLVANIA
 2
    DAVID BIEBEL,                    :
 3         Plaintiff                 :ERIE DIVISION
                                     :CIVIL ACTION NO. 05-10
 4         vs                        :
                                     :
 5  KOHL'S DEPARTMENT STORE,         :
           Defendant                 :
 6

 7                     - - - - - - - -

 8              Deposition of ANNA TURCO, taken before and

 9   by Ann Marie Sullivan, Certified Court Reporter and

10   Notary Public in and for the Commonwealth of

11   Pennsylvania, on Thursday, June 16, 2005, commencing

12   at 2:18 p.m., at the law office of Kevin W. Barron,

13   Esquire, 821 State Street, Erie, Pennsylvania 16501.

14                     - - - - - - - -

15

16
    APPEARANCES:
17
        CYNTHIA L. O'DONNELL, ESQUIRE, Tighe, Evan, Schenck &
18      Paras, Four Gateway Center, 444 Liberty Avenue, Suite
        1300, Pittsburgh, Pennsylvania 15222.  Attorney for
19      Defendant, Kohl's Department Store.

20      KEVIN W. BARRON, ESQUIRE, Law Offices, 821 State
        Street, Erie, Pennsylvania 16501.  Attorney for
21      Plaintiff, Davie Biebel.

22

23
                      ANN MARIE SULLIVAN
24                       Court Reporters
                    4886 Old Sterrettania Road
25                   Erie, Pennsylvania 16506
             (814) 836-1542 or FAX#(814) 835-6671
```

CERTIFIED TRANSCRIPT

5

```
1      Q.    On the day that Mr. Biebel fell, do you have any
2  independent recollection of what you were doing that day?
3      A.    I'm not exactly sure what I was doing that day.
4      Q.    Do you recall, do you have any independent
5  recollection of whether the store was busy that day or not?
6      A.    It was business that day, yes.
7      Q.    On June 29, 2004?
8      A.    Yes it was.
9      Q.    How do you recall that it was busy that day?
10     A.    A lot of customers were in the store.  I just
11 remember it was very busy that day.
12     Q.    And do you have any independent recollection of
13 Mr. Biebel falling?
14     A.    I went there when he fell.
15     Q.    You weren't there when he fell?
16     A.    No, I was not in the area.
17     Q.    Do you recall, approximately, what time he fell?
18     A.    I think it was around 1:20, 1:30.
19     Q.    And why do you recall that was the time that he
20 fell?
21     A.    Because I looked at my watch when it happened,
22 when they called the Code Blue.
23     Q.    You called Code Blue?
24     A.    I didn't, Judy did.
25     Q.    Judy, who?
```

```
1      A.    Himes.
2      Q.    What's Code Blue?
3      A.    Emergency situation in the area.
4      Q.    When that happened, you looked at your watch, is
5   that correct?
6      A.    Yes.
7      Q.    To backtrack a little bit, do you know whether
8   there was anyone that saw Mr. Biebel fall?
9      A.    Not to my knowledge, no.
10     Q.    After you heard the Code Blue, what did you do?
11     A.    I went over to the area to see if I could be of
12  any assistance.
13     Q.    When you say the area, what area of the store
14  did you go to?
15     A.    Shoe department.  When they called Code Blue
16  they announced the area it was in.
17     Q.    How long did it take for you to get there after
18  you heard that?
19     A.    Not long.  I was right around the corner.
20     Q.    Seconds then?
21     A.    Yes.
22     Q.    What did you see when you arrived?
23     A.    I saw Mr. Biebel laying on the floor with his
24  clothes on his arm.
25     Q.    Clothes on his arm?
```

7

```
1      A.    Yes.
2      Q.    Do you recall what kind of clothes?
3      A.    I believe it was a pair of slacks and a shirt.
4      Q.    Do you recall which arm he had them draped over?
5      A.    Left arm.
6      Q.    And do you recall where he was lying?
7      A.    He was lying on the floor in the shoe
8   department.
9      Q.    In the shoe department?
10     A.    Yes.
11     Q.    Did you see anything on the floor near him?
12     A.    No.
13     Q.    You didn't see the shoe sizer?
14     A.    No.
15     Q.    When you arrived, did you have any conversations
16  with Mr. Biebel?
17     A.    No I didn't.
18     Q.    While you were present, Anna, did anyone else
19  have any conversation with Mr. Biebel.
20     A.    Judy Himes.
21     Q.    What did they say?
22     A.    He was trying to get up and Judy told him to lay
23  on the floor.  She asked was he okay, and he said he was
24  hurting, he just had knee surgery.
25     Q.    Was anyone else present when this conversation
```

1    took place?
2        A.    Dean, the manager of the store came over.
3        Q.    First of all, how long were you there before
4    Dean came over?
5        A.    A couple of minutes.
6        Q.    So Dean arrived several minutes after you were
7    there?
8        A.    Just a couple of minutes, yes.
9        Q.    Did Dean have any conversations while you were
10   present with Mr. Biebel?
11       A.    I don't recall.  I don't believe.  I stayed
12   there.
13       Q.    How long did you stay there, Anna?
14       A.    Only a few minutes till Dean came, then I left.
15       Q.    Besides what Judy said to Mr. Biebel, do you
16   recall any other conversation Mr. Biebel had with anyone
17   besides Judy while you were there?
18       A.    No.
19       Q.    Did Mr. Biebel ever tell you, did anyone ask Mr.
20   Biebel how he fell or what caused him to fall?
21       A.    I don't recall that.
22       Q.    After the fall, did anyone from Kohl's
23   Department Store ever ask you to fill out an incident report
24   or to write down what happened before, immediately before
25   the accident?

1    A.    Yes. Dean had asked me to write down what I had
2  seen before.
3    Q.    What did you see before?
4    A.    Before he fell I saw a family in that area.
5  There was a man and a woman with either two or three
6  children using the show sizer to try on shoes and measure
7  shoes for the children.
8    Q.    Do you recall what time this family was in the
9  shoe department doing that?
10   A.    They were there about 20 after 1:00.
11   Q.    You gave a written statement -- first of all, it
12 appears to be a statement by you. Is that your handwriting,
13 Anna?
14   A.    Yes.
15   Q.    Is that also your signature?
16   A.    Yes.
17   Q.    And you indicate in this written statement that
18 on 6/29/04, while stocking shoes I noticed the family using
19 a show sizer around 1:25. A few minutes later a gentleman
20 fell in that area. Is that correct?
21   A.    Yes.
22   Q.    When you were there you said you never saw the
23 shoe sizer. Is that correct?
24   A.    I didn't see it on the floor when he had fallen.
25   Q.    Did you see a show sizer anywhere in that area

1   extra traffic or, what?

2   A.   The remodel team worked every day and we worked
3   in the different departments. So we could have all been
4   there or one or two of us there.

5   Q.   When you saw the family using the show sizer
6   around 1:25, was there anyone from Kohl's attending to them
7   asking if, you know, they needed help or anything?

8   A.   No. Our show department is self service.

9   Q.   Self service, what do you mean by that?

10  A.   It means the customer, you know, measures the
11  feet and look for the shoes and if they need help finding
12  the shoes then they get a customer representative to help
13  them.

14  Q.   So there's no one standing around waiting to
15  measure feet or take care of people. Is that correct?

16  A.   No, we're just working in the department.

17  Q.   You have other job duties to attend besides
18  measuring peoples feet. Is that correct?

19  A.   Yes. Stocking shoes, cleaning up around the
20  area.

21  Q.   And the self service, that would include using
22  the show sizer. Is that correct?

23  A.   Yes.

24  Q.   There's no one charged with the duty of making
25  sure that the shoe sizer is placed under a bench or

13

1  anything. Is that correct?
2      A.   Well, the associate in that department would be
3  in charge of that.
4      Q.   And because they're not necessarily helping each
5  individual size their feet, that would be when they saw it
6  was out their they're supposed to put it back in. Is that
7  correct?
8      A.   Right.
9      Q.   How many shoes sizers are there in the
10 department?
11     A.   I have no idea.
12     Q.   How many have you seen there at one time?
13     A.   Probably, two.
14     Q.   More maybe?
15     A.   That's possible, I don't know how many they
16 have.
17     Q.   There's some testimony about a customer possibly
18 being there attending to Mr. Biebel who said she was a
19 nurse. Do you recall any individual like that being present
20 after Mr. Biebel's fall?
21     A.   I don't know.
22     Q.   You don't know now or you don't recall
23 altogether?
24     A.   I don't recall altogether.
25     Q.   Have You had any conversations with anyone else,