On 6-29-04, while stocking shoes, I noticed a family using the shoe sizer around 4:25. A few minutes later a gentleman fell in that area.

Diana Turco