```
 1              IN THE UNITED DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF PENNSYLVANIA
 2
     DAVID BIEBEL,                    :
 3         Plaintiff                  :ERIE DIVISION
                                      :CIVIL ACTION NO. 05-10
 4         vs                         :
                                      :
 5   KOHL'S DEPARTMENT STORE,         :
           Defendant                  :
 6

 7                         - - - - - - - -

 8              Deposition of JUDITH HIMES, taken before and

 9   by Ann Marie Sullivan, Certified Court Reporter and

10   Notary Public in and for the Commonwealth of

11   Pennsylvania, on Thursday, June 16, 2005, commencing

12   at 2:18 p.m., at the law office of Kevin W. Barron,

13   Esquire, 821 State Street, Erie, Pennsylvania 16501.

14                         - - - - - - - -

15

16
     APPEARANCES:
17
         CYNTHIA L. O'DONNELL, ESQUIRE, Tighe, Evan, Schenck &
18       Paras, Four Gateway Center, 444 Liberty Avenue, Suite
         1300, Pittsburgh, Pennsylvania 15222.  Attorney for
19       Defendant, Kohl's Department Store.

20       KEVIN W. BARRON, ESQUIRE, Law Offices, 821 State
         Street, Erie, Pennsylvania 16501.  Attorney for
21       Plaintiff, Davie Biebel.

22

23                      ANN MARIE SULLIVAN
                           Court Reporters
24                    4886 Old Sterrettania Road
                       Erie, Pennsylvania 16506
25              (814) 836-1542 or FAX#(814) 835-6671
```

CERTIFIED TRANSCRIPT

```
1                verbal?
2                THE DEPONENT:  Okay.
3
4                     DIRECT EXAMINATION
5   BY MR. BARRON:
6        Q.    Would you state your name for the record,
7   please?
8        A.    Judith Himes.
9        Q.    Where do you reside?
10       A.    660 Young Road, Apartment 11, Erie, Pennsylvania
11  16509.
12       Q.    And how long have you resided there?
13       A.    I believe, four years.
14       Q.    Are you married?
15       A.    Yes.
16       Q.    How long have you been married?
17       A.    25 years, just celebrated it.
18       Q.    How long have you worked at Kohl's Department
19  Store?
20       A.    10 years in September.
21       Q.    And, presently, what is your job title?
22       A.    Replenish work.  I replenish.
23       Q.    Could you just tell us what that job entails?
24       A.    I replenish the shoes.  I do fill in the shoe
25  department.
```

1   me.
2       Q.      How did you find out Mr. Biebel had fallen?
3       A.      He hollered help and I was in the next aisle.
4       Q.      What aisle were you in --
5       A.      Right --
6       Q.      Well let me finish this.  Were you in the shoe
7   department?
8       A.      Yes.  The next aisle, in the shoe department
9   from him.
10      Q.      I'm going to show you three photographs
11  previously marked Biebel's Deposition Exhibit 1, 2 & 3.
12  Mrs. Himes, first of all, can you identify the area that's
13  depicted in these pictures?
14      A.      Yes.
15      Q.      What area is that?
16      A.      We have one wide aisle in the shoe department
17  and that's exactly where it happened.
18      Q.      This is the aisle, this is the shoe aisle in
19  Deposition Exhibit No. 2, that's the shoe aisle?
20      A.      They're all the shoe aisle.
21      Q.      It's the same picture from different angles?
22      A.      Because there's two sections from the aisle.
23  The first section and a space and this section he fell in.
24  I guess here (indicating), you can see it.
25      Q.      Let's mark on Deposition Exhibit 1 --

```
 1      A.      But that (indicating) shouldn't be there.
 2      Q.      We'll get to that in a second.  To your
 3  knowledge, mark an X on Deposition Exhibit 1 where you
 4  believe Mr. Biebel fell?
 5      A.      (Complied).  I'm just going in the shaded
 6  because it's in front of there.
 7      Q.      You believe he fell there?
 8      A.      Yes.
 9      Q.      Where were you when he fell?
10      A.      He's here (indicating).
11      Q.      Here doesn't translate to well into the record.
12  So, we know for the record, Biebel Deposition Exhibit 2,
13  place an X where you were at?
14      A.      Oh, yeah, in this aisle.
15      Q.      You weren't in that aisle?
16      A.      No.
17      Q.      In Deposition Exhibit 2, can you tell where Mr.
18  Biebel was?
19      A.      Yes.
20      Q.      Place an X there?
21      A.      (Complied).
22      Q.      In Deposition Exhibit 3 place an X where you
23  believe Mr. Biebel was?
24      A.      I'm assuming this is the same and I want to say
25  he was long.
```

1	Q.	You're saying this is, basically, where he fell.
2	Is that correct?
3	A.	Yeah.
4	Q.	And where were you in relationship, say, to
5	Deposition Exhibit 1, is that an aisleway in between there?
6	A.	Yes.  And I was on the other side of this
7	fixture, which is another aisle right up there so I was like
8	across.
9	Q.	For the record, make an arrow pointing which way
10	you were at, where you were at?
11	A.	(Complied).
12	Q.	You were down an aisle that way and you placed
13	an arrow on Deposition Exhibit 1.  Is that correct?
14	A.	Right.  Do you want me to put another arrow this
15	way (indicating).  I was right across from him.
16	Q.	In the other aisle?
17	A.	Yes.
18	Q.	And what were you doing in that aisle?
19	A.	Filling shoes in.
20	Q.	Are there's shoes on the other side where you
21	placed your arrow on Deposition Exhibit No. 1, another aisle
22	of shoes?
23	A.	Yes.
24	Q.	Now, what happened, you heard Mr. Bible?
25	A.	I heard, help, help.  And I went to look and

1   there he was just in the other aisle and I went right down
2   to him. He was right on the floor and I knelt right down to
3   him and I asked, are you okay, can you get up. And he
4   started he said, no, I can't. I had my knee operated on. I
5   can't step down. I said, just lay here. And then I called
6   my manager.
7       Q.   Did you see anything that Mr. Biebel could have
8   fell on?
9       A.   At the time, no.
10      Q.   Did you at a subsequent time see something he
11  could have fell on?
12      A.   When I came back the sizer was there so somebody
13  had said that he had tripped -- or I'm trying to remember if
14  he said that. He did.
15      Q.   Did you ask him how he fell?
16      A.   No, I didn't. He did have a cane and told me
17  that he just had his knee operated on.
18      Q.   So after he fell he couldn't get up. You did,
19  what next, you went somewhere?
20      A.   In the stockroom there's a phone.
21      Q.   And you got on the phone and who did you call?
22      A.   The manager.
23      Q.   Dean?
24      A.   Dean Taylor.
25      Q.   And where did you get ahold of him? What