## Kohl's Incident Report : For use with Customers and the Public

Instructions: Report all incidents by phone to 800-793-5716 within 24 hours. Complete both sides of written report in full and send a copy with original photographs and / or videotape to Liberty Mutual. Retain the original report and another set of pictures in the store file. If a product or other physical evidence is involved, remove from the store floor and tag it appropriately. Retain the evidence at the store until Liberty Mutual contacts you for disposition.

Date of Report: 6/29/04   Date of Incident 6/29/04   Store Location Number 015221

Date Reported by phone to Liberty Mutual 6/29/04   Liberty Mutual Claim Number 715604785

Store address (Include City, State, and Zip Code): 1900 Keystone Drive, Erie, PA 16509

8006720834
Irving Texas

Store Phone (Include Area Code) 814 864-7856

Print full name, title, address, and phone number of party completing this report:
DEAN TAYLOR
5345 Sngle Dr. — Mentor, Ohio   440-354-6016

Name of person involved   DAVID BIBLE

Complete Home Address(city, state, zip): 104 AVERLON AVE #24
ERIE, PA   16509   (814-866-9398)

Age 60   Sex (M/F) Male   Business Address: (city, state, zip): N/A
4/2/44   SS# 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

Phone Number(s) Home: (814) 866-9398   Business: ( )

Name(s) of Companion(s) with person involved - Include, name, age, address, telephone numbers:
N/A

Location of incident: SHOE DEPT
Time of Incident: 130   AM/PM   Weather Conditions: CLEAR
Description of Incident: (Be specific and state facts): Walking in SHOE DEPT — tripped on shoe sizer

Name and address of manufacturer or supplier involved in the incident include the SKU number of the product involved:
N/A

Extent of injury - list all injured body parts as reported by the person involved: NECK, BACK, RIGHT KNEE

Was medical treatment sought? YES

Was any medical assistance provided at time of incident? If yes, indicate who provided and type of assistance:
EMS

Name of Physician, Clinic or Hospital if the person sought medical [treatment]:
HAMLEY