IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED and DECREED that the Motion for Summary Judgment filed by Kohl's Department Stores, Inc., is granted and Plaintiff's Complaint is dismissed with prejudice.

_____J.