1  sizer, that they would do that on their own.  Is that
2  correct?
3       A.    Yes.  I mean, if somebody didn't understand how
4  to then we'd show them.
5       Q.    But, initially, if someone came in, if they
6  didn't ask they'd help themselves.  Is that correct?
7       A.    Yes.
8       Q.    Whose job duty was it to ensure that the aisles
9  in the shoe department were kept clear of, you know, shoes,
10 shoe sizers and boxes and things like that and decided, you
11 know, when people tried shoes on and decided, you know, they
12 didn't want them and they didn't restock them and they just
13 left them there, whose job duty would it be to make sure
14 that the aisles were policed and cleaned up?
15      A.    All of the associates that work in that
16 department.
17      Q.    Who was working on June 29th of 2004, in the
18 shoe department, Rebecca?
19      A.    There was myself, Judy Himes.
20      Q.    Anybody else?
21      A.    There were some other people working in the
22 department that were not for the department.
23      Q.    Were they doing work in the department, you
24 mean?
25      A.    No.  They were there doing other jobs, other


EXHIBIT B