IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| Plaintiff | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| Defendant | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of August, 2005, it is hereby ORDERED and DECREED that the Motion for Summary Judgment filed by defendant, Kohl's Department Stores, Inc. is DENIED.

_____J.