IN THE UNITED DISTRICT COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| | ) | |
| DEFENDANT, | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S PRE-TRIAL NARRATIVE STATEMENT

AND NOW, come the Plaintiff, David Biebel, by and through counsel undersigned, Kevin

W. Barron, Esquire with the following Pre-Trial Narrative Statement:

### I.    STATEMENT OF FACTS

On June 29, 2004 Plaintiff tripped over a shoe measuring device at the defendant's

department store.  Suit was originally filed in the Erie County Court of Common Pleas on

November 23, 2004.  On January 11, 2005 defense counsel filed a Notice of Removal to have

this action transferred to this Court.

### II.    LIABILITY

Defendant, Kohl's Department Store, was negligent in failing to assure that the aisle was

clear of potentially hazardous conditions.  The department store failed to inspect the aisles and

remove dangerous conditions.

III.    **DAMAGES**

Following the accident, plaintiff David Biebel. was transported by ambulance to Hamot

Medical Center.  At that time he was complaining of pain in the right knee, right hip, neck and

back.  After examination he was given an immobilizer for his right knee and told to follow up with

on call orthopedic doctor.  Mr. Biebel followed up with Dr. Nick Stefanovski.  During his visit it was

noted that he continued with right knee pain.  Mr. Biebel was scheduled for an MRI which

revealed a medial meniscus tear.  It was recommended that Mr. Biebel undergo an arthroscopic

medial meniscectomy.  Dr. Stefanovski performed the procedure on August 13, 2004.  Mr. Biebel

continues to treat for his injuries.

IV.    **WITNESSES**

Plaintiff may call some or all of the following witnesses at the time of trial:

| | Name | Liability | Damages |
|---|---|---|---|
| 1. | David Biebel | X | X |
| 2. | Rebecca Crawley | X | X |
| 3. | Rebecca Head | X | X |
| 4. | Judy Himes | X | X |
| 5. | Dean Taylor | X | X |
| 6. | Anna Turco | X | X |
| 7. | Company Representative | X | X |
| 8. | Corporate Representative | X | X |

**EXPERT WITNESSES**

6.    Dr. Nick Stefanovski              X                          X
      Orthopaedic & Sports Medicine
      300 State Street, Suite 400 A
      Erie, PA 16507

   Plaintiff reserves the right to call any of the witnesses listed on the pretrial narrative

statement of the defendant as well as any other witnesses identified during the course of pretrial

discovery.

**V.    EXHIBITS**

   Plaintiff may introduce some or all of the following exhibits at the time of trial:

1.    Plaintiff's medical records and bills;

2.    Photographs;

3.    Incident Report;

4.    Diagrams;

   Plaintiff reserves the right to introduce any of the exhibits listed on the pretrial narrative

statement of the defendant as well as any other exhibits identified during the course of pretrial

discovery, including deposition exhibits.

V.     **UNUSUAL LEGAL ISSUES**

None.

Plaintiff reserves the right to file a supplemental pretrial narrative statement prior to trial.

Respectfully submitted,

Kevin W. Barron, Esquire
Attorney for Plaintiff
821 State Street
Erie, Pennsylvania 16501
(814) 452-4473
PA I.D. #40048

IN THE UNITED DISTRICT COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

DAVID BIEBEL,                              )          ERIE DIVISION
                                           )
                    PLAINTIFF,             )          CIVIL ACTION NO.05-10
                                           )
          vs.                              )
                                           )
KOHL'S DEPARTMENT STORE,                   )
                                           )
                    DEFENDANT ,            )
                                           )
                                           )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of September, 2005, a copy of

Plaintiff's Pre-trial Narrative Statement was served upon the following parties in accordance with

the applicable rules of court:


The Honorable Sean J. McLaughlin        Cynthia L. O'Donnell, Esquire
U.S. Court House                        Tighe, Evan, Ehrman, Schenck & Paras
17 South Park Row, Room A250            Four Gateway Center
Erie, PA  16501                         444 Liberty Avenue, Suite 1300
                                        Pittsburgh, PA 15222-1223
                                        Attorney For Defendant
                                        Kohl's Department Stores, Inc.


_____
Kevin W. Barron, Esquire

*(left margin, rotated)* SPORTS MEDICINE OF ERIE, P.C. · SUITE 400 A · ERIE, PA 16507 454-8287 · FAX (814) 454-8470

| 07/01/2004 | DAVID BIEBEL | |
|---|---|---|
| DATE | NAME | REFERRING PHYSICIAN |

David is 60. He is complaining of pain to his right knee. Apparently he was at Kohl's Department Store when he stumbled over a shoe size fitting instrument. He comes in with a knee immobilizer on. That was DC'd. He has good range of motion. He has a mild effusion. He has medial joint line tenderness. **His plain x-rays are negative for any fractures.** What I would like to do is schedule him for an MRI scan to rule out a medial meniscal tear. We will see David back in a week or two. In the meantime we will also give him some Toradol and Darvocet for pain relief.

Nick Stefanovski, M.D./jcb

*(left margin, rotated)* PAEDIC & SPORTS MEDICINE OF ERIE, P.C. STATE ST. · SUITE 400 A · ERIE, PA 16507 ONE (814) 454-8287 · FAX (814) 454 8470

| 7/8/04 | DAVID BIEBEL | |
|---|---|---|
| DATE | NAME | REFERRING PHYSICIAN |

David's MRI is positive for a medial meniscal tear. We will schedule him for a right knee arthroscopy. At this point I want him to d/c the use of his immobilizer. He can weight bear as tolerated as well.

Nick Stefanovski, M.D./mk

*(handwritten)* 8/11/04 ® Knee scope — 8/13/04 c/o edema RLE toes to knee. NVI. Ø calf pain, Ø fever/chills. Advised elevation / ROM. if Ø improve. tomorrow sched. Doppler. /Kms

*(left margin, rotated)* ORTHOPAEDIC & SPORTS MEDICINE OF ERIE, P.C. 300 STATE ST. · SUITE 400 A · ERIE, PA 16507 PHONE (814) 454-8287 · FAX (814) 454-8470

*(handwritten in margin)* 8/26 KS

| 08/13/2004 | DAVID BIEBEL | |
|---|---|---|
| DATE | NAME | REFERRING PHYSICIAN |

Village SurgiCenter

DX: medial meniscus tear

SX: Arthroscopic medial meniscectomy ®

Nick Stefanovski, M.D./jcb

ORTHOPAEDIC & SPORTS MEDICINE OF ERIE, P.C.
300 STATE ST. • SUITE 400-A • ERIE, PA 16507
PHONE (814) 454-8287 • FAX (814) 454-8470

| DATE | NAME | REFERRING PHYSICIAN |
|---|---|---|

David is here for postop assessment after his right knee arthroscopy with partial medial meniscectomy. Arthroscopic photos and operative findings were reviewed with the patient. He does have some early grade two changes at the undersurface of the patella. Several days postop, he had increased swelling to his calf and was sent for a Doppler study which is negative for DVT.

The swelling is somewhat persistent. It is coming down. He is neurovascularly intact. Homan's test is negative. Foot is neurovascularly intact. The portal sites are clean, dry and intact and he has been doing a home exercise program, ranging 0 to 80 degrees.

He will continue working on his quads and hamstrings. He was given a prescription of Lortab 7.5 for pain management and we will plan on seeing him in six weeks for reassessment.

Dictated by Kathy Sullivan, P.A-C

| DATE | NAME | REFERRING PHYSICIAN |
|---|---|---|

Nick Stefanovski, M.D.

KS dss

| 9/21/04 | DAVID BIEBEL | |
|---|---|---|
| DATE | NAME | REFERRING PHYSICIAN |

David is doing fairly well. He has no evidence of an effusion. His portals are clean and dry. He still has some residual pain. I told him that that's something to be expected following resection of the meniscus. I want him to continue to range of motion his knee. I would like to see him back prn with regard to the knee.

In addition, he was complaining of pain in his left shoulder. He may have an element of impingement syndrome or maybe even a rotator cuff tear. I told him to just keep an eye on it for a couple of week and if he is no better, to come back.

Nick Stefanovski, M.D./mk

| 03/15/2005 | DAVID BIEBEL | |
|---|---|---|
| DATE | NAME | REFERRING PHYSICIAN |

David is having a lot of pain in his right knee. He has good range of motion. His operative note discloses that he did have Grade 2 and 3 changes mainly on the medial side in addition to his medial meniscal tear. I therefore elected to give him a shot of cortisone hoping to simmer things down. He understands that if this does not simmer it down, he may ultimately require replacement, however he has had one done on his left knee and he is not totally happy with it, therefore, I think we will need to treat him as conservatively as possible.

Nick Stefanovski, M.D. jcb

**Village Surgicenter**
**5473 Village Common Drive, Suite 100**
**Erie, PA 16506-4961**

## REPORT OF OPERATION

| | |
|---|---|
| **DATE OF PROCEDURE:** | 08/13/04 |
| **PREOPERATIVE DIAGNOSIS:** | Right knee medial meniscal tear. |
| **POSTOPERATIVE DIAGNOSIS:** | Right knee medial meniscal tear. |
| **SURGEON:** | Nick Stefanovski, MD |
| **ASSISTANT:** | Aaron Wallace, M.D. |
| **OPERATIONS (S):** | Right knee partial medial meniscectomy. |
| **ANESTHESIA:** | General via LMA. |

ESTIMATED BLOOD LOSS:    Less than 10 cc.

CULTURE/PATHOLOGY:    None.

COMPLICATIONS:    None.

DRAINS:    None.

HISTORY OF PRESENT ILLNESS:    The patient is a 60-year-old white male who has been complaining of right knee pain and medial joint line tenderness. He had an MRI consistent with a medial meniscal tear. After discussing the options with him, he wished to proceed with right knee arthroscopy.

OPERATIVE TECHNIQUE: Patient was properly identified, brought back to the operating room. He was placed on the operating room table in the supine position. General anesthesia was then induced. The right leg was then positioned, prepped and gowned in the usual sterile fashion. The exam under general anesthesia revealed no ligamentous instability.

Standard anterior two portals were then made. The diagnostic arthroscopy revealed that his patellofemoral joint showed some early grade II changes in the undersurface of the patella near the superior pole of the patella as well as the trochlea. He had some loose fibrillated cartilaginous bodies which we suctioned out. We entered the medial compartment and noted that he had a tear of the posterior horn of the medial meniscus. It was a degenerative horizontal type of a tear. We resected this down to a smooth single leaf. His tibial plateau did have some grade III and a very small area of grade IV change. His medial femoral condyle likewise had grade II changes. His ACL was intact. The lateral compartment showed no evidence of pathology.

Following completion of this, all instruments were removed. Marcaine 0.5% was injected. A sterile dressing was applied. The anesthetic was reversed and the patient was brought to the recovery room in stable condition.

Nick Stefanovski MD

| | | | |
|---|---|---|---|
| **PATIENT NAME:** BIEBEL, DAVID | | **MED REC #:** | 21041 |
| **ATTENDING PHYSICIAN:** Nick Stefanovski, MD | | | |
| DD:    8/13/2004 | TT:    1:16 AM | Job #:    293073 | NS / 314 |

**REPORT OF OPERATION**

## SURGICAL PATHOLOGY CONSULTATION
### HAMOT MEDICAL CENTER LABORATORY
Pathology Associates of Erie, Inc.
201 State Street
Erie, PA 16550
(814) 877-2241

| | | |
|---|---|---|
| Name: **BIEBEL, DAVID R** | Med Rec #: (00002) 210219 | |
| Surgical#: **02-SP-05-04444** | Hospital#: 000000250335601 | Procedure Date: 03/21/05 |
| Ordering Physician: SWANSON, WILLIAM, DO | SS#: 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 | Date Received: 03/23/05 |
| Location: LAB | DOB: 04/02/44 | Date Printed: 03/24/05 |
| | Age/Sex: 60 YRS M | |

**PRE-OP DIAGNOSIS:**
Non-healing scaly lesion; possible actinic keratosis vs squamous cell
carcinoma

**PROCEDURE:**
Biopsy

**SPECIMEN:**
Left wrist

**GROSS DESCRIPTION:**
The specimen is received in formalin labeled with the patient's name.  It
consists of a 0.5 x 0.5 cm. shave of gray white skin measuring 0.1 to 0.2 cm.
in thickness.   It is bisected and submitted in toto.   (1 block)

LLC/jet

**MICROSCOPIC DESCRIPTION:**
Performed and confirms final diagnosis.

**DIAGNOSIS:**
*Skin, left wrist, biopsy:*
**Actinic keratosis with associated solar damage and dilated
follicle.**


PLD/jet          Report Diagnosed By: PETER L. DEPOWSKI, MD
                 Report Verified By:  PETER L. DEPOWSKI, M.D.
                                      (Electronic Signature)
                 Verified Date:       03/24/05


6

702.0


**PHYSICIAN:**                              Copies to:
WILLIAM SWANSON, DO
306 W. 11TH ST.
ERIE
PA  16501-

## SURGICAL PATHOLOGY CONSULTATION
*HAMOT MEDICAL CENTER LABORATORY*
Pathology Associates of Erie, Inc.
201 State Street
Erie, PA 16550
(814) 877-2241

Name: **BIEBEL, DAVID R**
Surgical#: **02-SP-04-14690**
Ordering Physician: SWANSON, WILLIAM, DO
Location:    LAB

Med Rec#: (00002) 210219
Hospital#: 000000240983759
SS#: 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
DOB: 04/02/44
Age/Sex: 60 YRS M

Procedure Date: 09/27/04
Date Received:   09/29/04
Date Printed:    10/01/04

**HISTORY:**
    Patient has a history of unknown skin ca

**PRE-OP DIAGNOSIS:**
    A.  Chronic inflammation/actinic keratosis suspect squamous cell
        carcinoma/basal cell carcinoma
    B.  Actinic keratosis, suspect basal cell carcinoma/ squamous cell carcinoma

**PROCEDURE:**
    Shave excision x2

**SPECIMEN:**
    A. Right nasal ala,    B. Left nasal ala

**GROSS DESCRIPTION:**
    Specimen A is received in formalin labeled with the patient's name.  It
    consists of three fragments of tan tissue varying from 0.1 to 0.7 cm.   The
    pieces have a smooth to slightly granular surface.   The larger piece is
    bisected and the entire specimen is submitted in one cassette.

    Specimen B is received in formalin labeled with the patient's name.  It
    consists of four fragments of tan and orange brown tissue varying from 0.3 to
    0.5 cm.   The pieces have a slightly granular surface.   The specimen is
    totally submitted in one cassette.

    PDW/jet

**MICROSCOPIC DESCRIPTION:**
    Performed and confirms final diagnosis.

**DIAGNOSIS:**
    A.  **Skin, "right nasal ala", showing changes most suspicious for**
        **actinic keratosis.**

    B.  **Skin, "left nasal ala", showing changes most suspicious for**
        **actinic keratosis.**

*5*

**COMMENTS:**
    In each of the above, some of the epidermal ridges containing abnormal
    keratinocytes have been transected and are unavailable for examination.
    Therefore, I cannot completely exclude an infiltrating squamous cell
    carcinoma, but I favor the above diagnosis.

    Dr. Lamas has reviewed the case and concurs with the diagnosis.

*709.9*

*V10.9*

    NF /jet        Report Diagnosed By: NORMAN FRANKLIN, MD

**PHYSICIAN:**
WILLIAM SWANSON, DO
306 W. 11TH ST.
ERIE
PA  16501-

Name: **BIEBEL, DAVID R**
Med Rec#: (00002) 210219

# SURGICAL PATHOLOGY CONSULTATION
## HAMOT MEDICAL CENTER LABORATORY
Pathology Associates of Erie, Inc.
201 State Street
Erie, PA 16550
(814) 877-2241

Name: **BIEBEL, DAVID R**
Surgical#: **02-SP-04-14690**
Ordering Physician: SWANSON, WILLIAM, DO
Location: LAB

Med Rec #: (00002) 210219
Hospital#: 000000240983759
SS#: 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
DOB: 04/02/44
Age/Sex: 60 YRS M

Procedure Date: 09/27/04
Date Received: 09/29/04
Date Printed: 10/01/04

Report Verified By:    NORMAN FRANKLIN, MD
                       (Electronic Signature)
       Verified Date:    10/01/04

Copies to:

Patient's Name: _____

**Consent to Care:**

I wish to be provided care at Hamot Medical Center. While I am at the hospital, I permit Hamot Medical Center, its employees and all other persons caring for me to treat me in ways they judge are beneficial to me. I understand that this care may include tests, examinations, medical and surgical treatment, and consultations with appropriate specialists. No guarantees have been made to me about the outcome of this care.

**Disclosure of Information for Treatment, Payment or Healthcare Operations:**

I understand that federal law allows Hamot Medical Center to disclose my personal health information to persons outside of the hospital for treatment, payment and healthcare operations purposes, and for other limited purposes, as described in the Notice of Privacy Practices given to me. I authorize Hamot Medical Center to make such disclosures consistent with the terms of the Notice of Privacy Practices in effect at the time of the disclosure and consistent with the federal HIPAA Privacy Regulations.

**Caregivers/Education:**

I realize that among those who attend patients at Hamot Medical Center are medical, nursing and other health care personnel in training who, unless requested otherwise, may be present during patient care as part of their education. I understand that these persons are required to protect my privacy. Still or motion pictures and closed circuit television monitoring of patient care is sometimes conducted for educational purposes. A patient has a right to refuse, at any time, to be the subject of such pictures.

**Personal Property:**

I understand that Hamot Medical Center provides a safe for security of valuables without charge for the convenience of its patients and, therefore, Hamot shall not be liable for the loss of, or damage to, any personal property brought into the hospital unless it is deposited in a safe for safekeeping.

X _____     _____7/14/04_____ a.m./p.m.
        (PATIENT SIGNATURE*)                            (DATE)          (TIME)  (CIRCLE ONE)

                                             _____SW_____
                                                     (WITNESS/SIGNATURE AFFIRMATION)

*The patient is unable to consent because: _____
I, therefore, consent for the patient.

_____     _____ a.m./p.m.
            (SIGNATURE)                               (DATE)          (TIME)  (CIRCLE ONE)

☐ Power of Attorney      ☐ Parent of Minor
☐ Guardian of Person     ☐ Other: _____     _____
*(Please provide a copy of appropriate documentation.)*      (WITNESS/SIGNATURE AFFIRMATION)

---

**Acknowledgment of Receipt of Notice of Privacy Practices:**

I have been given a copy of Hamot Health Foundation's Notice of Privacy Practices.

X _____     _____7/14/04_____
    (SIGNATURE OF PATIENT/LEGAL REPRESENTATIVE)              (DATE)

| For Hamot Use Only |
|---|
| Reason Acknowledgement Not Obtained_____ Staff Signature_____ |

240658062

BIEBEL
DAVID  60Y  M  04/02/1944
SWANSON WILLIAM
104 AVERLON AVE AP
ERIE  PA 16509

210219

**⫶ Hamot**

**CONSENT TO HOSPITAL CARE**

D-1-171 (10/03)

**HAMOT MEDICAL CENTER DEPT OF RADIOLOGY** 201 STATE STREET ERIE, PA 16550

| | |
|---|---|
| **PATIENT:** BIEBEL, DAVID | **MEDICAL RECORD NO: 210219** |
| **ADDRESS:** 104 AVERLON AVE APT 24 | |
| ERIE, PA 16509 | |
| **AGE:** 60Y **SEX:** M | **ORDER NUMBER:** 90007 |
| **BIRTHDATE:** 04/02/1944 | **DIAGNOSIS:** |
| | |
| **ATTENDING DR:** SWANSON, WILLIAM K | **REASON FOR EXAM:** |
| **ORDERING DR:** SWANSON, WILLIAM K | NECK AND BACK PAIN |
| | |
| **HOSPITAL SVC:** XRA | |
| **ROOM NO:** | **ACC#:** 2540215 M25 |
| | **FLUORO TIME:** YESPRE |
| **RAD NO:** 725647 | **PATIENT NO:** 240658062 |
| **TECH COMMENTS:** | |
| | MEDICAL RECORDS COPY |

IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.

---

***Signed***

Jul 14 2004  - **MRI CSPINE WITHOUT CONTRAST  90007**

RESULT:      MRI CERVICAL SPINE:

At the C3-4 cervical level, there is narrowing of the disc space with endplate osteophyte development. Broad-based osteophytes encroach upon the ventral canal, right greater than left. Produces an element of right lateral recess narrowing. There is bilateral foraminal stenosis due to uncovertebral spurs.

C4-5 level, there is facet osteoarthritis, which is rather prominent on the right with a minimal anterolisthesis, right foraminal stenosis. There is some narrowing of the disc space.

C5-6 cervical level, there is narrowing of the disc space. Uncovertebral spurring with mild bilateral foraminal narrowing. The central canal is unremarkable.

C6-7 level also suggests narrowing of the disc space. Left foraminal stenosis due to uncovertebral spurs. C7-T1 demonstrates narrowing of the disc space with mild endplate irregularity. No evidence of disc protrusion or canal stenosis. Possible mild left foraminal stenosis.

There is a gradual reversal of lordosis. Size of the canal is developmentally normal. Spinal cord has a uniform size and signal throughout. Bone marrow assessment unremarkable.                                    3

                                                                                                          721.0
IMPRESSION:                                                                                               722.52

DIFFUSE ELEMENTS OF SPONDYLOSIS WITH REVERSAL OF CURVATURE. SEE ABOVE.          722.4

---

**HAMOT MEDICAL CENTER DEPT OF RADIOLOGY** 201 STATE STREET ERIE, PA 16550

PATIENT:   BIEBEL, DAVID                                    **MEDICAL RECORD NO: 210219**
ADDRESS:   104 AVERLON AVE APT 24
           ERIE, PA 16509
AGE: 60Y   SEX: M                                          ORDER NUMBER: 90007
BIRTHDATE: 04/02/1944

Jul 14 2004  - **MRI LSPINE WITHOUT CONTRAST  90007**

RESULT:       LUMBAR MRI:

HISTORY: Current low back pain and right leg pain.

Standard pulse sequences without contrast.

FINDINGS: Size of the canal is developmentally normal. Lordosis maintained. No evidence of fracture. Bone
marrow signal normal.

The conus terminates L1 level.

L1-2 and L2-3 disc space height maintained. Perhaps an element of desiccation on T2. No evidence of
protrusion or canal narrowing.

L3-4 level, disc space height is maintained. No evidence of protrusion or canal narrowing.

L4-5 level, there is moderate narrowing of the disc space with a mild diffuse annular disc bulge. Mild facet
osteoarthritis. No evidence of canal stenosis.

L5-S1 level, there is moderate narrowing of the disc space with diffuse annular disc bulge. No evidence of disc
protrusion or canal stenosis. Perhaps mild left foraminal narrowing.

IMPRESSION:

LIKELY CHRONIC ELEMENTS OF DEGENERATIVE DISC DISEASE L4-5 AND L5-S1. NO EVIDENCE OF A
DISTINCT DISC PROTRUSION OR CANAL STENOSIS.

Jul 14 2004  - **MRI TSPINE WITHOUT CONTRAST  90007**

RESULT:       MRI THORACIC SPINE:

Standard pulse sequences. No comparative studies. Dorsal kyphosis is maintained. No evidence of
compression fracture, cord compression or canal stenosis.

Bone marrow signal is unremarkable.
Cord has a normal size and signal throughout. No evidence of paraspinal mass. No evidence of discrete disc

**HAMOT MEDICAL CENTER DEPT OF RADIOLOGY** 201 STATE STREET  ERIE, PA 16550

**PATIENT:** BIEBEL, DAVID
**ADDRESS:** 104 AVERLON AVE APT 24
         ERIE, PA 16509
**AGE:** 60Y  **SEX:** M
**BIRTHDATE:** 04/02/1944

**MEDICAL RECORD NO:** 210219

**ORDER NUMBER:** 90007

protrusion.

IMPRESSION:

UNREMARKABLE EXAM FOR AGE.

     TRANSCRIBED BY:  KXM, Jul 16 2004  2:17P
**READING RADIOLOGIST:** JAMES OSKIN

**HAMOT MEDICAL CENTER** • 201 STATE STREET • ERIE, PENNSYLVANIA 16550 • 814-877-6000

**ED REGISTRATION**

| | | |
|---|---|---|
| PATIENT NAME | | MR# 210219 |
| BIEBEL ,DAVID R | REGISTRATION DATE/TIME | REG BY |
| | 06/29/04 14:16 | TYPE E   SERVICE ERM   PATIENT NUMBER 240645994   FS |
| ADDRESS 104 AVERLON AVE APT | ED PHYSICIAN | DICT   FAMILY PHYSICIAN 391375 |
| ERIE   PA 16509 | | SWANSON WILLIAM |
| BIRTHDATE 04/02/1944   AGE 60   BIRTH PL   SEX M   MS D   RACE W   FIN. CLASS C | EMPLOYER NAME OTHER | VIS IMP U SMOKE HEAR IMP U |
| HOME PHONE 8148669398   ISOL N/A | NEXT OF KIN   BIEBEL , ROBERT   -B | FAXED |
| PT. COMPL.   FALL VICTIM, NECK, BACK, KNEE AND HIP PAIN | ERIE   PA 16509   8148741035 | |

| TIME   □ SEE NURSING FLOW SHEET | | | |
|---|---|---|---|
| PMH: | PSH: | LMP: | SH: □ TOB  □ ETOH  □ DRUGS   Tet Vac: |
| CURRENT MEDS. Hydrocodone, Anti Depressant | | ALLERGIES   NKDA | DOMESTIC Y VIOLENCE N |

| ROS: | □ Otherwise neg except for those noted in HPI | □ Unobtainable due to | □ NURSING Hx REVIEWED | | |
|---|---|---|---|---|---|
| TRIAGE TIME | CLASS | TEMP 97 | PULSE 88 | RESP 20 | BP 110/70 | RA O2 SAT | PAIN /10 10 | WEIGHT | ADMIT ROOM | TIME DISCHARGED 1620 |



2:25   Short ___

□ PCXR   □ CXR & LAT

□ C-SPINE   □ PELVIS

□ CT BRAIN   □ CT ABD AND PELVIS

R Hip
R Knee

CHART PREPARED
BY

□ CBC/DIFF   □ BC X1 X2
□ BMP   □ BG   □ DIG
□ UA MSCC QSH   □ LYCAS
□ CPEU   □ BMP   □ PT/INR
□ SERUM PREG   □ QUAN BHCG
□ AMY   □ LIP   □ STAT HFP
□ OD PANEL   □ ASA   □ TYL
□ UDS   □ BA
□ ESR   □ MONO
□ RAPID STREP   □ RAPID INFL.
□ T & S   □ T & CM ___ UNITS
□ GC & Chlamydia   □ Wet Mount

(1) IV: Hep Lock , 1645
(2) Knee Immobilizer

□ NSS LOCK
□ O2 ___
□ MONITOR
□ O2 SAT MONITOR
□ OLD EKG

PROFILES   □ MI   □ TRAUMA PROFI
□ LOWER ABD. PAIN   □ ECTOPIC PREG.
□ DKA   □ FEVER-CHILD
□ KIDNEY STONE   □ STROKE
□ LUMBAR PUNCTURE (SAH)
□ MENINGITIS   □ SEPSIS
□ SEXUAL ASSAULT   □ STOOL WORK-L
□ EKG

(1) Acute Cervical Strain
(2) Knee Sprain
    Knee Sprain
    Please give Ortho F/U
    Next Wk

□ ABG   PH ___ PO2 ___ PCO2 ___
□ Co Hgb
□ OLD RECORDS   □ REVIEWED

□ REPORT CALLED   □ CLOTHING SHEET
NURSE'S SIGNATURE   R Cook RN   PHYSICIAN'S SIGNATURE
O-24-23 (REV. 2/04)   CHART COPY

Patient's Name: _____

**Consent to Care:**
I wish to be provided care at Hamot Medical Center. While I am at the hospital, I permit Hamot Medical Center, its employees and all other persons caring for me to treat me in ways they judge are beneficial to me. I understand that this care may include tests, examinations, medical and surgical treatment, and consultations with appropriate specialists. No guarantees have been made to me about the outcome of this care.

**Disclosure of Information for Treatment, Payment or Healthcare Operations:**
I understand that federal law allows Hamot Medical Center to disclose my personal health information to persons outside of the hospital for treatment, payment and healthcare operations purposes, and for other limited purposes, as described in the Notice of Privacy Practices given to me. I authorize Hamot Medical Center to make such disclosures consistent with the terms of the Notice of Privacy Practices in effect at the time of the disclosure and consistent with the federal HIPAA Privacy Regulations.

**Caregivers/Education:**
I realize that among those who attend patients at Hamot Medical Center are medical, nursing and other health care personnel in training who, unless requested otherwise, may be present during patient care as part of their education. I understand that these persons are required to protect my privacy. Still or motion pictures and closed circuit television monitoring of patient care is sometimes conducted for educational purposes. A patient has a right to refuse, at any time, to be the subject of such pictures.

**Personal Property:**
I understand that Hamot Medical Center provides a safe for security of valuables without charge for the convenience of its patients and, therefore, Hamot shall not be liable for the loss of, or damage to, any personal property brought into the hospital unless it is deposited in a safe for safekeeping.

_____    _____a.m./p.m.
(PATIENT SIGNATURE*)                  (DATE)              (TIME)  (CIRCLE ONE)

                                     _____
                                     (WITNESS/SIGNATURE AFFIRMATION)

*The patient is unable to consent because: _____
I, therefore, consent for the patient.

_____    _____a.m./p.m.
(SIGNATURE)                           (DATE)              (TIME)  (CIRCLE ONE)

☐ Power of Attorney      ☐ Parent of Minor
☐ Guardian of Person     ☐ Other: _____    _____
*(Please provide a copy of appropriate documentation.)*   (WITNESS/SIGNATURE AFFIRMATION)

**Acknowledgment of Receipt of Notice of Privacy Practices:**
I have been given a copy of Hamot Health Foundation's Notice of Privacy Practices.

_____    _____
(SIGNATURE OF PATIENT/LEGAL REPRESENTATIVE)    (DATE)

| | |
|---|---|
| Reason Acl | BIEBEL<br>DAVID 60Y M 04/02/1944    240645994   For Hamot Use Only<br>104 AVERLON AVE AP<br>ERIE PA 16509<br>‖‖‖‖‖‖‖‖‖‖‖ 210219    EDW025 | Staff Signature_____<br><br>✚ **Hamot**<br><br>**CONSENT TO HOSPITAL CARE**<br><br>D-1-171 (10/03) |

# EMERGENCY DEPARTMENT VISIT LEVEL MATRIX

| Point Value 5 | | Point Value 10 | | Point Value 20 | | Point Value 30 | |
|---|---|---|---|---|---|---|---|
| Triage Assessment | 25 | Admit Regular Room | | Admit - Telemetry/Peds/CPEU | | Admit Cath Lab | |
| Triage - Recheck | 15 | Burn Care - 1° | | AMA | | Admit EP Lab | |
| Trauma Assess | 75 | Cardiac Monitor (EKG) | | Bleeding Control | | Admit Heart Unit | |
| Trauma "Alert" | 175 | Clavicle Strap | | Burn Care - 2° | | Admit ICU | |
| | | Consents Written & Phone | | Castiog | | Admit OR | |
| ABG | | Crutch Walking | | Central Line Insertion | | Antivenin Admin | |
| Ace Wrap | | Discharge Instr. Simple | | Charcoal Administration | | Blood Administration | |
| Arm Sling | | Dressing Minor | | Combative Patient | | Burn Care - Extensive | |
| Blood Sugar (BGCS) | | Drug Screening | | Community Service Consult | | Cardioversion | |
| Cervical Collar | | Enema (Fleets) | | Complex Splint | | Case Management | |
| CT Scan (unaccompanied) | | Epistaxis (simple) | | CT Scan (accompanied) | | Chest Tube Insertion | |
| Cultures | | Eye Exam | | Defibrillation | | Conscious Sedation | |
| Dermabond | | Eye Patch | | Discharge Instr. - Extensive | | CPR | |
| Ear Exam - Tray (ENT) | | Foley Cath - Uncomplicated | | Dressing - Major | | Culdocentesis | |
| Ear gtts | | Foley - Suprapubic Irrig | | Ear Irrigation | | Cutdown | |
| EEG | | Gastrostomy Tube | | EKG STAT | | Delivery Obstetrical | |
| EKG Routine | | Immobilizers | | Enema/SSE/Disimpaction | | Evidence Collection | |
| Fetal Heart Measurement | | IV Fluids - Not Medicated | | Epistaxis - Complic | | Foley Cath - Difficult | |
| Finger Guard | | IV Insertion - Simple 1 line | | EWALD/LAVAGE | | Hypothermia Mgmt. | |
| Initial Pulse Oximetry | | IV Medication (IV push) | | External Pacer | | Invasive Pacing | |
| Intramuscular Meds | | Morgan Lens | | GI Unit | | IV Insertion - 3 or more | |
| Lab | | Nasogastric Tube/LAVAGE | | Incision and Drainage | | Open Chest Proc | |
| MRI (unattended) | | Orders From Attending | | Intubation | | Pelvic - Complication | |
| Neuro Checks | | O2 Masks | | IV Drips/IVPB (medication) | | Pericardiocentesis | |
| Opthalmic gtts | | Pelvic Exam - No Cultures | | IV Insertion - Difficult | | Peritoneal Lavage | |
| O2 Cannula (not specified) | | Pt. Report (complex) | | IV Insertion - 2 lines | | Thoracentesis | |
| Pelvic (LD screen) | | Pulse Oximetry (O2SAT) (cont.) | | Lumbar Puncture | | TPA Administration | |
| Po Meds (per administration) | | Resp TX | | Mast Suit - Applied PTA | | Tracheostomy | |
| Repeat Vital Signs | | Shoulder Immobilization | | Pelvic Exam - Cultures | | Transfer To Other Facility | |
| Steri-Strips | | Simple Splint | | Plastic/Hand | | | |
| Subcutaneous Meds | | Simple Suturing - Tray | | Point of Care Testing | | | |
| Sublingual Meds | | Slit Lamp | | Post Mortem Care | | | |
| Suppositories | | Stapler, Skin | | Restraint Application | | | |
| Suture Removal (simple) | | Straight Cath | | Suture - Assistance With | | | |
| Topical Meds | | Sut. Removal (complex) | | VQ Scan (accompanied) | | | |
| Visual Acuity | | Tilt Test | | | | | |
| XRAY/Ultrasound | | | | | | | |

| Total This Column | | Total This Column | | Total This Column | | Total This Column | |
|---|---|---|---|---|---|---|---|

Triage/Assess 25 _____

TOTAL COL. 1 _____
TOTAL COL. 2 _____
TOTAL COL. 3 _____
TOTAL COL. 4 _____

TOTAL ALL = _____

| | |
|---|---|
| LEVEL I (0-40) | (LEV 1) |
| LEVEL II (41-65) | (LEV 2) |
| LEVEL III (66-90) | (LEV 3) |
| LEVEL IV (91-115) | (LEV 4) |
| LEVEL V (116&Over) | (LEV 5) |

NO TX IN ED - 45390507
WALKOUT - 45390606

| | |
|---|---|
| 99281 | |
| 99282 | APC 610 |
| 99283 | APC 611 |
| 99284 | |
| 99285 | APC 612 |
| 99291 Critical Care | APC 620 |

☐ 45990470 (MA) EMERG MED OR ACCIDENT
☐ 45990454 (MA) NON-EMERGENT
☐ 45990462 (MA) NON-EMERG PSYCH
☐ 45990488 (MA) EMERG PSYCH

Evaluation Time
Behavioral Health

99281 - less than 1 hr.
99282 - 1 to 1.5 hrs. total
99283 - 1.5 to 2 hrs. total
99284 - 2 to 3 hrs. total
99285 - more than 3 hrs.

BIEBEL
DAVID 60Y M 04/02/1944    240645994
104 AVERLON AVE AP
ERIE PA 16509
EDW025
210219

EMERGENCY DEPARTMENT
VISIT LEVEL MATRIX

 Hamot

D-24-58 (Rev. 07/02)

# *EMERGENCY DEPARTMENT RECORD CODING REPORT FORM*

**DIAGNOSIS CODES**

DA: 723.1

DF: 1  847-0

2  8449

3  E8859

4

5

6

7

8

9

**PHYSICIAN E/M LEVEL AND PROCEDURES**

| PROC CODE | MODS | UNITS | LINK WITH THESE DIAGNOSES | | | | | | | | | |
|-----------|------|-------|------|------|---|---|---|---|---|---|---|---|
| 99282 | | | ALL | DA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | | | ALL | DA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | | | ALL | DA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | | | ALL | DA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | | | ALL | DA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | | | ALL | DA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

**FACILITY PROCEDURES**

| PROC CODE | MODS | UNITS |
|-----------|------|-------|
| 93.54    29505 | R+ | |
| | | |
| | | |
| | | |
| | | |
| | | |

*ANY CHANGES TO THE ABOVE MUST BE FULLY DOCUMENTED IN THIS AREA:*

CHART DATE: 62904

CODER # 14

DATE CODED: 730 04

ADDENDUM DATE: _____    CODER #: _____

BIEBEL
DAVID 60Y M 04/02/1944

240645994

104 AVERLON AVE AP
ERIE PA 16509

EDW025

210219


**Hamot**
*Leading the way
to better health*

From: PHHC  To: Hamot Medical Center                Date: 6/29/2004 Time: 4:46:20 PM                Page 1 of 2

**BIEBEL, DAVID R**                                              # 97867118 - 1
                                                                 6/29/2004 4:46:13 PM

## TRIPSHEET REPORT

**# 97867118  Service Name: Perry Hi-Way  Affiliate #: 25024**
**Location Code: 25933  Trip Number: 2437630**
**Unit #: 79  Date: 06/29/2004**

## PATIENT INFORMATION:

**Name:** BIEBEL, DAVID R                    **Address Line 1:** 104 AVERLON AVE APT. 24
**Birth Date:** 04/02/1944  **Age:** 60       **City:** ERIE **State:** PA **Zip:** 16509
**Sex:** M                                   **Phone #:** 866-9398
**SSN:** 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

## INSURANCE INFORMATION:

**Bill To:** ERIE INSURANCE

                                    **Group #:** 010110395050
                                    **Insurance #:** 171348116

## OTHER INFORMATION:

**Location Detail:** KOHNLS DEPARTMENT STORE
**Chief Complaint:** KNEE, NECK, BACK AND HIP PAIN RIGHT SIDE
**Allergies:** NONE
**Medications:** HYDROCODONE
**Past History:** NONE

## INCIDENT INFORMATION:

**Location:** OFFICE/BUSINESS **Type:** MEDICAL **Outcome:** TRANSPORTED
**Responding Unit Type:** BLS  **Nature of Dispatch:** ALS  **ALS/BLS:** ALS
**Transport Mode to Scene:** E  **Transport Mode from Scene:** N

**Patient Condition on Scene:** MODERATE     **Patient Condition at Facility:** STABLE

**Initial Vital Signs:** SYSTOLIC - 130  DIASTOLIC - 90   PULSE - 72   RESP - 20
**Glasgow Coma Scale:** EYES - SPONTANEOUS  VERBAL - ORIENTED   MOTOR - OBEYS COMMAND   Score - 15

**Attendant #1:** GRAHAM DAVID - A  #000000          **Attendant #2:** GARDNER LINDA - E #154755

| | Dispatch | Enroute | On Scene | Depart Scene | Arrive Dest. | Available | In Quarters |
|---|---|---|---|---|---|---|---|
| **Times:** | 1323 | 1328 | 1336 | 1354 | 1411 | 1448 | 1448 |
| **Mileages:** | 31282 | | 31285 | | 31294 | | 31300 |

JUN-29-2004  15:50                    42                    94%                    P.01

From: PHHC To: Hamot Medical Center                          Date: 6/29/2004 Time: 4:46:20 PM                          Page 2 of 2

**BIEBEL, DAVID R**                                          **# 97867118 - 2**

## ALS INFORMATION:

## COMMAND INFORMATION:

## Patient Received By: 00823
## NARRATIVE:

DISPATCHED TO 1906 KEYSTONE DRIVE BY THE 911 CENTER FOR A FALL VICTIM IN THE ZIP CODE OF 16509. SQUAD 79 ARRIVED ON SCENE TO FIN A 60 YR OLD MALE LAYING IN THE SHOW DEPARTMENT AFTER TRIPPING OVER A SHOE SIZER WITH A CHIEF COMPLAINT OF PAIN TO THE NECK AREA, BACK AREA, RIGHT HIP AND RIGHT KNEE.  PT STATED THAT HE WAS WALKING THROUGH THE SHOE DEPARTMENT WHEN HE DID NOT SE THE SHOE SIZER ON THE FLOOR AND TRIPPED FALLING ON RIGHT SIDE. ABC'S WERE IN TACT.  C-SPINE STABILIZATION WAS BEING HELD BY MEDIC 40, C-COLLAR WAS APPLIED AND PT WAS PLACED ON A LONG BOARD WITH CID'S IN PLACE.  PT WAS TAKEN TO AN AWAITING AMBULANCE.  MEDIC 40 DID NOT COMMIT WITH SQUAD 79.  PT WAS TAKEN TO HAMOT PER HIS REQUEST.  VITALS WERE TAKEN WITH B/P:130/90, P:72, RESP:20, EYES:PERL, LUNG SOUNDS:CLEAR.  PULSE OX WAS PUT ON PT WITH RM 02 SAT BEING 95%.  PT WAS PLACE ON 02, 3 LITER'S VIA NASAL CANNULA.  A DETAILED ASSESSMENT WAS DONE WITH NEG TRAUMA TO HEAD AREA, PAIN TO PT'S NECK, NEG JVD, NEG TRACHEAL DIVATION, NEG TRAUMA TO CHEST AREA,  PAIN TO PT'S LOWER BACK, NEG TRAUMA TO UPPER EXTREMITIES, ABDOMEN:SOFT AND NON TENDER, PAIN TO RIGHT HIP AREA, PAIN TO RIGHT KNEE AREA.  2ND SET OF VITALS WERE DONE WITH B/P:110/80, P:89, RESP:20.  A RADIO REPORT WAS DONE, A BEDSIDE REPORT WAS DONE AND CARE WAS TRANSFERRED TO ER STAFF.  PT WAS PUT IN RM 25.  SQUAD 79 RETURNED WITHOUT INCIDENT.

## DETAIL INFORMATION:

| TIME | P | R | B/P | RHYTHM | TREATMENT | S RTE | SITE | DOSE | QA | PROV# | RESP/COMMENTS |
|------|---|---|-----|--------|-----------|-------|------|------|----|-------|---------------|
| 1338 | | | | | ASSESS-INITIAL | | | | | 154755 | |
| | | | | | C-SPINE STABIL | | | | | MEDIC 4 | |
| | | | | | CERVICAL COLLA | | | | | 154755 | |
| | | | | | BOARD - LONG | | | | | CREW | |
| | | | | | STRETCHER | | | | | CREW | |
| | | | | | AMBULANCE | | | | | CREW | |
| | | | | | VITALS | | | | | 154755 | |
| | 72 | 20 | 130/90 | | PULSE OX | | | | | 154755 | RM 02 SAT 95% |
| | | | | | OXYGEN 1-9 LPM | | | | | 154755 | 3 LITERS VIA NASAL CANNULA |
| | | | | | ASSESS-DETAILE | | | | | 154755 | |
| | 89 | 20 | 110/80 | | VITALS | | | | | 154755 | |
| | | | | | REPORT-RADIO | | | | | 154755 | |
| | | | | | REPORT-BEDSIDE | | | | | 154755 | |
| | | | | | TRANSFER CARE | | | | | 154755 | |
| | | | | | IN SERVICE | | | | | CREW | |

## SIGNATURES:

CREW SIGNATURES

A#1: _____
GRAHAM DAVID

PERSON RECEIVING PATIENT        TIME

A#2: _____
GARDNER LINDA

A#3: _____

COMMAND PHYSICIAN        ID#

A#4: _____

Triage Time: _____ Class _____ Primary Nurse Time: 1415

Triage Nurse Signature _____

**Chief Complaint** Rt Knee pain, Rt hip pain, neck pain, back pain

**Nursing History** tripped + fell at Kohl's bilateral shoulder pain, bilateral knee pain. tripped on shoe measurer.

**Pertinent Medical Hx** Rt Knee surgery

**Medications** Hydrocodone, Antidepressant

**Allergies** NKA

Weight _____ Immunizations / Last Tetanus _____

Domestic Violence Hx  Yes/No _____ Social Service Referral Yes/No  LMP _____   Normal  Yes/No _____

| VITAL SIGNS | | | | | | |
|---|---|---|---|---|---|---|
| TIME | T | P | R | BP | PULSE OX | PAIN # |
| 1420 | 97.8 | 88 | 20 | 118/70 | | 10 |
| 1548 | | 80 | 18 | 118/72 | | |

*Pain 1 through 10 (1 = lowest)

## NURSING ASSESSMENT AND FOCUS

Dr. Swanson

### Respiratory
- [x] Normal
- [ ] Labored
- [ ] Shallow
- [ ] Nasal Flaring
- [ ] Grunting
- [ ] Retracting
- [ ] Stridor

R Breath Sounds L
- [ ] Not Applicable*  [ ]
- [x] Clear  [x]
- [ ] Rales  [ ]
- [ ] Rhonchi  [ ]
- [ ] Wheezing  [ ]
- [ ] Diminished  [ ]
- [ ] Other _____

### Abdominal
- [ ] Not Applicable*
- [ ] Flat  [ ] Distended
- [x] Soft  [x] Rounded
- [ ] Tender - Location
- [ ] Rigid  [ ] Firm
- [ ] N  V  D  Constipation

Bowel Sounds
- [x] Present   NPO Since _____
- [ ] Absent
      Last BM _____

### Circulatory
**Skin Color**
- [x] Pink    [ ] Normal
- [ ] Pale    [ ] Ashen
- [ ] Flushed [ ] Petechiae
- [ ] Cyanotic [ ] Jaundiced
              [ ] Mottled

**Moisture**
- [x] Dry    [ ] Clammy
- [ ] Diaphoretic

**Temp**
- [x] Warm   [ ] Cool
- [ ] Hot    [ ] Cold

**Capillary Refill**
- [x] Not Applicable*
- [ ] Normal  [ ] Delayed

**Edema**
- [ ] Not Applicable*
- [x] None
- [ ] Pedal   [ ]R [ ]L
- [ ] Tibial  [ ]R [ ]L
- [ ] JVD     [ ] Pulses x 4

**Infant/Child**
- [x] Not Applicable*

**Mucous Membranes**
- [ ] Moist   [ ] Dry
- [ ] Cries Tears

**Fontanelles**
- [ ] Flat    [ ] Depressed
- [ ] Bulging

**Urine Output**
- [ ] Normal
- [ ] Increased  [ ] Decreased
- [ ] Other _____

### Neurological
- [x] Alert         [ ] Irritable
- [ ] Crying        [ ] Consolable
- [ ] Arouses to    [ ] Pain [ ] Verbal
- [ ] Unresponsive  [ ] Lethargic
- [x] Cooperative   [ ] Confused
- [x] Oriented x 3
- [ ] Loss of Consciousness
- [ ] Other _____

R   **Pupils**   L
- [ ] Not Applicable*
- [x] Size  5   [x] Size  4
- [x] Reactive  [x]
- [ ] Sluggish  [ ]
- [ ] Nonreactive [ ]
- [ ] Other _____

**PUPIL SIZE**   2mm 3mm 4mm 5mm 6mm 7mm 8mm 9mm

### GU Systems
- [x] Not Applicable*   [ ] Pregnant
- [ ] Denies Symptoms   [ ] Birth Control
- [ ] Flank Pain        [ ] G___ P___ Ab___
- [ ] Hematuria         [ ] Discharge _____
- [ ] Urgency           [ ] Vag Bleeding
- [ ] Frequency         [ ] Pad Count ___/Hr
- [ ] Dysuria
- [ ] Retention

### Soft Tissue Injury
- [x] Not Applicable*
- Location _____
- Type _____
- Size _____
- Contaminated [ ] Yes [ ] No
- Foreign Body [ ] Yes [ ] No

### Extremity M/S injury
- [x] Not Applicable*
- [ ] Location _____
- [ ] Tenderness   [ ] Swelling
- [ ] Deformity    [ ] CSM Intact
- [ ] Other _____

**\* DOES NOT APPLY TO CHIEF COMPLAINT.**

BIEBEL
DAVID  60Y  M  04/02/1944
104 AVERLON AVE AP
ERIE PA 16509                    EDW025
210219
240645994
Patient Identification

## Hamot

Hamot Medical Center, Erie, Pa.

**Emergency Department/Immediate Care North Nursing Flow Sheet**

FORM #D-24-50 (REV. 12/94)

## NURSING INTERVENTIONS / PLAN OF CARE

PATIENT NAME: Riebel, David

**TIME**

| | | | | | |
|---|---|---|---|---|---|
| _____ | ☐ O₂ | ☐ Mask | ☐ NC | ☐ Non-Rebreather @ _____ L/min. | |
| _____ | ☐ O₂ SAT | Room Air _____ | | w/O₂ _____ | |
| _____ | ☐ Cardiac Monitor: | Lead _____ | Rhythm _____ | | |
| _____ | ☐ Foley/St. Cath: Size: _____ | | Initial Return _____ | Tolerated: Y  N | |
| _____ | ☐ NG Tube: Type _____ | | Initial Return _____ | Tolerated: Y  N | |
| _____ | ☐ EKG | | | | |
| _____ | ☐ Labs | | | | |
| _____ | ☐ X-ray | | | | |
| _____ | ☐ ABG | | | | |

Defib at _____ c̄ _____ joules
Defib at _____ c̄ _____ joules
Defib at _____ c̄ _____ joules
Defib at _____ c̄ _____ joules
Defib at _____ c̄ _____ joules
Defib at _____ c̄ _____ joules
Expired at _____ *sync
Report of Death   Complete:   Y   N

Wound Care: _____
Tetanus Information: ☐ Given  ☐ Consent Signed
☐ Ice   ☐ Elevation   ☐ Immobilization

### IV THERAPY

| TIME | IV SITE | CATH SIZE | ✔ SALINE LOCK | ✔ FLUSH | FLUID/BLOOD | RATE | TOLERATED | AMOUNT INFUSED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1545 | (L) AC | #20 | ✔ | ✔ | | | | | |
| | | | | | | | | | IV D/C at _____ |
| | | | | | | | | | ☐ Catheter intact |
| | | | | | | | | | ☐ No redness or edema |
| | | | | | | | | | ☐ Pressure dressing applied |

### MEDICATIONS

| TIME | MEDICATIONS | DOSAGE | ROUTE/SITE | PATIENT RESPONSE | SIGNATURE IF NOT PRIMARY NURSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**ADDITIONAL NOTES / RHYTHM STRIPS** Presented via ambulance on back board, c̄ID, cervical collar in tact. Bilateral LE positioned for comfort, c̄ pillow between knees. Denies LOC. (+) dizzy at time of accident. Denies dizziness at present. Hit head on floor. (+) pedal pulses bilateral. (R) foot external rotated. 1500 Pt in x-ray. Report received 1545. Returned from x-ray. c/o ⊕ pain, states mostly lower back from CBS and (R) knee. 1610 Knee immobilizer applied (R) leg. Ambulatory c̄ cane. Brother called for ride.

**DISCHARGE ASSESSMENT**  TIME 1615  ☒ UNCHANGED FROM INITIAL ASSESSMENT

**Airway / Breathing:**
☐ Patent  ☐ Artificial
☐ Natural  ☐ Ventilator
☐ Spontaneous
☐ O₂ _____ L/min.

**Breath Sounds:** R  L
Clear  ☐ ☐
Rales  ☐ ☐
Rhonchi  ☐ ☐
Wheezes  ☐ ☐
Diminished  ☐ ☐

**Behavior:**
☐ Cooperative
☐ Uncooperative
☐ Combative
☐ Confused
☐ Comatose
☐ A&O x 3

**Skin:**
☐ Warm  ☐ Pink
☐ Cool  ☐ Cyanotic
☐ Moist

**Patient Comfort:**
☐ Comfortable
☐ Unable to Assess

☐ Dry
☐ Pale

☐ Uncomfortable
☐ Improved

**Extremity Injury**
☐ Not Applicable*
☐ Pulse: x 4    ☐ Distal CSM Intact

| INTAKE | OUTPUT |
|---|---|
| IV _____ | Urine _____ |
| Blood _____ | Gastric _____ |
| Oral _____ | Chest Tube _____ |
| Other _____ | Other _____ |
| Total _____ | Total _____ |

**Abdomen:**
☐ Not Applicable*
☐ Soft  ☐ Firm / Rigid
☐ Distended  ☐ Tender

**Report Given:** Y  N  ●

ECG Monitor: Rhythm _____  Lead _____
TO: _____

R Cooper
PRIMARY NURSE SIGNATURE

**HAMOT MEDICAL CENTER**          201 STATE STREET • ERIE, PENNSYLVANIA 16550

### EMERGENCY ROOM HISTORY & PHYSICAL

**DATE SEEN:**  06/29/2004          **PATIENT NO:** 000240645994

**DATE OF BIRTH:**  04/02/1944

**TIME SEEN:**  2:25

**CHIEF COMPLAINT:**  Fall.

**HISTORY OF PRESENT ILLNESS:**  This is a 60-year-old who was at Kohl's who actually slipped on one of the shoe measurers and fell onto his right knee twisting it.  The patient now complains of pain.  The patient denies loss of consciousness.  The patient complains of neck pain.  The patient also complains of hip pain and right knee pain.  The patient denies numbness or tingling.  The patient denies abdominal pain, chest pain or shortness of breath.  The patient denies headache or visual changes.  The rest of the review of systems is negative.

**PAST MEDICAL HISTORY:**  Significant for knee surgery and depression.

**CURRENT MEDICATIONS:**  Depression medication he does not know. Hydrocodone.

**ALLERGIES:**  No known drug allergies.

**SOCIAL HISTORY:**  Negative for tobacco use.

**FAMILY HISTORY:**  Noncontributory.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE:  The patient is awake, alert and oriented.

VITAL SIGNS:  Blood pressure 110/70.  Respiratory rate 20.  Pulse 88. Temperature 97.8.

HEENT:  Normocephalic, atraumatic.  PERRLA.  EOMI.  Tympanic membranes are clear and intact bilaterally.  Nares are patent bilaterally without discharge.  Oral mucosa is moist and pharynx is clear without erythema or exudates.

NECK:  There is positive paraspinous tenderness bilaterally.  There is some slight midline tenderness around C3 and C4. There is no stepoff. No JVD.  The C-collar is in place.

| PATIENT NAME Biebel, David R | DICTATED BY Kenneth R. Patton, DO | M.R. NO. 21-02-19 | ROOM EDW EDW924 | DISCHARGE DATE |
| --- | --- | --- | --- | --- |
| DOCUMENT NUMBER 1111461 | DATE DICTATED 06/29/2004 | DATE TRANSCRIBED 07/02/2004 | TYPE OF REPORT ER HISTORY & PHYSICAL | PAGE 1 OF 3 |

HAMOT MEDICAL CENTER •  201 State Street  • Erie, PA 16550  •  814/877-6000
ORIGINAL

FORM #0-31-31L (REV. 5/95)

**HAMOT MEDICAL CENTER**            201 STATE STREET • ERIE, PENNSYLVANIA 16550

CHEST/LUNGS:  Clear to auscultation bilaterally without rales, rhonchi or wheezing.  Good air movement bilaterally.  No retractions are evident.  No chest wall tenderness.  Symmetrical rise bilaterally.

HEART:  Regular rate and rhythm with normal S1 and S2, without murmurs, gallops or rubs.

ABDOMEN:  Soft, nontender, nondistended.  Positive bowel sounds in all quadrants.  No rebound, guarding or masses.  No organomegaly.

EXTREMITIES:  There is positive tenderness over the right femoral head and also on the right knee.  There is no effusion.  There is some tenderness with valgus and varus stress.  There is no Lachman.  Negative drawer.  The patient has good distal pulses.  The rest of the extremities are free of clubbing, cyanosis, edema, tenderness or deformity.

NEUROLOGIC:  Cranial nerves II through XII grossly intact.  Muscle strength 5/5.  Sensation to light touch intact.  Clear speech.  Gait is not assessed.

BACK:  Negative T, L and S spine tenderness.

**DIFFERENTIAL DIAGNOSES:**
1.  Fracture.
2.  Contusion.
3.  Strain.
4.  Dislocation.

**LABORATORY & X-RAY FINDINGS:**  C-spine x-ray negative.  Pelvis x-ray negative.  Right hip and knee x-ray is negative.

**EMERGENCY DEPARTMENT COURSE:**  This is a 60-year-old who presents to the emergency room with right knee pain and right hip pain and also neck pain secondary to a fall.

1.  Neck pain.  The patient's signs and symptoms are consistent with a cervical strain.  The patient's x-rays showed degenerative joint disease, but no new fractures.  The patient will rest and ice.  He will use ibuprofen and Lortab that he has at home.

2.  Knee and hip pain.  Signs and symptoms are consistent with musculoskeletal, but certainly it could be a ligamentous injury of

| PATIENT NAME<br>Biebel, David R | | DICTATED BY<br>Kenneth R. Patton, DO | | M.R. NO.<br>21-02-19 | ROOM<br>EDW EDW924 | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| DOCUMENT NUMBER<br>1111461 | DATE DICTATED<br>06/29/2004 | DATE TRANSCRIBED<br>07/02/2004 | TYPE OF REPORT<br>ER HISTORY & PHYSICAL | | PAGE 2 OF 3 | |

HAMOT MEDICAL CENTER • 201 State Street • Erie, PA 16550 • 814/877-6000

ORIGINAL

FORM #D-31-31L (REV. 5/95)

**HAMOT MEDICAL CENTER**       201 STATE STREET • ERIE, PENNSYLVANIA 16550

the right knee.  The patient was placed on a knee immobilizer.  The
patient will use rest, elevation and ice.  He will follow up with
the orthopedic doctors who are on-call.

The patient understands the planned management and understands the signs
and symptoms of a worsening condition and will return if they occur.

**FINAL DIAGNOSES:**
1.  Knee sprain.
2.  Acute cervical strain status post fall.


Kenneth R. Patton, DO

KRP/ch  DD: 06/29/2004     DT: 07/02/2004  9:41 P

cc:

| PATIENT NAME | | DICTATED BY | | M.R. NO. | ROOM | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| Biebel, David R | | Kenneth R. Patton, DO | | 21-02-19 | EDW EDW924 | |
| DOCUMENT NUMBER | DATE DICTATED | DATE TRANSCRIBED | TYPE OF REPORT | | | |
| 1111461 | 06/29/2004 | 07/02/2004 | ER HISTORY & PHYSICAL | | | PAGE 3 OF 3 |

HAMOT MEDICAL CENTER • 201 State Street • Erie, PA 16550 • 814/877-6000

ORIGINAL

FORM #D-31-31L (REV. 5/95)

## PLEASE FOLLOW THE INSTRUCTIONS AS INDICATED FOR YOU

☑ Rest, relax, no overexertional activity _____ days or until cleared by your doctor.
☐ Drink lots of fluids as tolerated    ☐ Eat adequately
☐ Clear liquids, for 12-24 hours then advance to BRATTY diet: Bananas, Rice, Applesauce, Toast, Tea, Yogurt
☑ Elevate injury as much as possible above heart level
☑ Ice 15 minutes every several hours over next 48 hours (at least 4-6 times a day)
☐ Laceration recheck in 2 days, suture removal in _____ days
☐ Back to Work Slip    ☐ Full Duty    ☐ Light Duty until: _____
☐ May return to work/school: _____
☐ Length of time for restrictions: _____
☐ Continue with current medications
☐ Tylenol _____ every _____ hours for fever or pain
☐ Ibuprofen _____ every _____ hours for fever or pain
☐ Prescriptions: _____                                                    ☐ med instructions
_____                                                                      ☐ med instructions
_____                                                                      ☐ med instructions
☐ Instruction sheet _____
☐ Instruction sheet _____
☐ The X-ray Report you received is preliminary. Call 877-6159 after 1 p.m. tomorrow for confirmation.
☐ Labs: If cultures were completed during your visit, call 877-6159 after 48 to 72 hours to inquire about results.
☑ Call your primary care physician with any questions or concerns or return to Emergency Department if you have any worsening or change in symptoms.
☐ Have your blood pressure checked by your doctor or clinic within the next few weeks.

**Activity:**
☐ Bed Rest
☐ No heavy lifting greater than _____ pounds.
☐ Return to regular activity
☐ Crutches for _____ days.
☐ Walker
☐ Drive:   ☐ yes   ☐ no
☐ Gym class/Sports:   ☐ yes   ☐ no
☐ Keep isolated _____ days
☐ Other: _____

**Referred to:**
☐ Primary Physician _____
☐ Specialist: _____    Phone: _____
☐ Community Health Net    Phone: 459-0650
☐ Occupational Health    Phone: 877-6017
☐ Physician Referral Directory    Phone: 877-5678
☐ Follow up appointment made for _____

**ADDITIONAL INSTRUCTIONS:**
Follow-up with orthopedic
Dr - call for appointment
Dr Stefanouski
   300 State St.
   454-8287
Rest Elevate
Apply ice at intervals
Return if worse and as
   needed
Wear knee immobilizer when
   out of bed.

***If your insurance is Managed Care - you must get a referral from your Primary Care Physician.
☐ Instructions given via interpreter.   ☐ Yes   ☐ No
☑ I have read and understand the above instructions and recognize services rendered are Emergency Services only and follow-up may be necessary.

Patient Signature: _____    Date: 6/29/04    Nurse Initials: _____

**Emergency Department (814) 877-6047**

**ED-Express (814) 877-7015**

BIEBEL
DAVID  60Y  M  04/02/1944                240645994
104 AVERLON AVE AP
ERIE  PA  16509                          EDW025
210219

## DISCHARGE INSTRUCTIONS

**Hamot**

White - Medical Records    Yellow - Patient's Copy    D-24-55 (7/02)

JUN-29-2004  16:22  FROM HAMOT RADIOLOGY          TO  ED WEST              P.01/01

## HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550

PATIENT:  BIEBEL, DAVID                    MEDICAL RECORD NO: 210219
ADDRESS:  104 AVERLON AVE APT 24
          ERIE, PA 16509
AGE: 60Y  SEX: M                           ORDER NUMBER: 90003
BIRTHDATE: 04/02/1944                      DIAGNOSIS: FALL VICTIM, NECK, BACK, KNEE

ATTENDING DR: ,                            REASON FOR EXAM:
ORDERING DR:  PATTON, KENNETH              PAIN S/P FALL

HOSPITAL SVC: ERM
ROOM NO: EDW EDW025                        ACC#: 2530654  C71
                                           FLUORO TIME:
RAD NO:  725647                            PATIENT NO: 240645994
TECH COMMENTS:


**IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.**

---

### ***Preliminary - Not Reviewed by the Radiologist***


Jun 29 2004  - **RDD CSPINE MIN 3 VIEWS  90003**

RESULT:      CERVICAL SPINE:

Frontal and lateral projections in the cervical spine are presented for review.  There is moderately severe
spondylosis with disc space narrowing C3-4, C5-6 and C6-7.  There is spondylosis with involvement of the
vertebral bodies and posterior facets.  There is loss of the normal lordosis which is a nonspecific finding and
may be related to paraspinal spasm.  If there is concern for stenosis or disc disease, MRI could prove useful.
The tip of the dens and lateral masses of C1 are partially obscured on the anterior open mouth projection.

IMPRESSION:

MODERATELY ADVANCED SPONDYLOSIS.  THERE IS DISC SPACE NARROWING AT SEVERAL LEVELS.
THERE IS FACET ARTHROSIS PARTICULARLY ON THE RIGHT.  NO EVIDENCE OF UNSTABLE BONY
INJURY.  THERE MAY BE AN ELEMENT OF PARASPINAL SPASM.  NO SIGNIFICANT PREVERTEBRAL SOFT
TISSUE SWELLING AT THIS TIME.



TRANSCRIBED BY: TLN, Jun 29 2004  4:11P
READING RADIOLOGIST: JOSEPH P NEDRESKY

---

JUN-29-2004  17:09              814 877 6149              98%          TOTAL P.01
                                                                      P.01

HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550
**HAMOT MEDICAL CENTER**                201 STATE STREET • ERIE, PENNSYLVANIA 16550

PATIENT:  BIEBEL, DAVID                      MEDICAL RECORD NO: 210219
ADDRESS:  104 AVERLON AVE APT 24
          ERIE, PA 16509
AGE: 60Y  SEX: M                             ORDER NUMBER: 90003
BIRTHDATE: 04/02/1944                        DIAGNOSIS: FALL VICTIM, NECK, BACK, KNEE

ATTENDING DR: ,                              REASON FOR EXAM:
ORDERING DR:  PATTON, KENNETH                PAIN S/P FALL

HOSPITAL SVC: ERM
ROOM NO:                                     ACC#: 2530654  C7I
                                             FLUORO TIME:
RAD NO:    725647                            PATIENT NO: 240645994
TECH COMMENTS:
                                             ED FILE COPY

**IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.**

***Signed***

Jun 29 2004  - **RDD CSPINE MIN 3 VIEWS  90003**

RESULT:    CERVICAL SPINE:

Frontal and lateral projections in the cervical spine are presented for review.  There is moderately severe spondylosis with disc space narrowing C3-4, C5-6 and C6-7.  There is spondylosis with involvement of the vertebral bodies and posterior facets.  There is loss of the normal lordosis which is a nonspecific finding and may be related to paraspinal spasm.  If there is concern for stenosis or disc disease, MRI could prove useful.  The tip of the dens and lateral masses of C1 are partially obscured on the anterior open mouth projection.

IMPRESSION:

MODERATELY ADVANCED SPONDYLOSIS. THERE IS DISC SPACE NARROWING AT SEVERAL LEVELS. THERE IS FACET ARTHROSIS PARTICULARLY ON THE RIGHT.  NO EVIDENCE OF UNSTABLE BONY INJURY.  THERE MAY BE AN ELEMENT OF PARASPINAL SPASM.  NO SIGNIFICANT PREVERTEBRAL SOFT TISSUE SWELLING AT THIS TIME.

TRANSCRIBED BY:  TLN, Jun 29 2004  4:11P
READING RADIOLOGIST:  JOSEPH P NEDRESKY

FORM #0-31-31L (REV. 5/95)

JUN-29-2004  16:12   FROM HAMOT RADIOLOGY          TO ED WEST          P.01/01

## HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550

PATIENT:  BIEBEL, DAVID                          MEDICAL RECORD NO: 210219
ADDRESS:  104 AVERLON AVE APT 24
          ERIE, PA 16509
AGE: 60Y   SEX: M                                ORDER NUMBER: 90004
BIRTHDATE: 04/02/1944                            DIAGNOSIS: FALL VICTIM, NECK, BACK, KNEE

ATTENDING DR: ,                                  REASON FOR EXAM:
ORDERING DR:  PATTON, KENNETH                     PAIN S/P FALL

HOSPITAL SVC: ERM
ROOM NO: EDW EDW025                              ACC#: 2530657 C71
                                                 FLUORO TIME:
RAD NO:  725647                                  PATIENT NO: 240645994
TECH COMMENTS:

---

IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.

---

### ***Preliminary - Not Reviewed by the Radiologist***

Jun 29 2004  - RDD HIP RT INC PELVIS (TRAUMA) 90004

RESULT:     RIGHT HIP:

Frontal film of the pelvis and two views of the right hip are presented for review. There is a linear metallic
density approximately 2.5 cm in diameter which is seen posteriorly on the lateral view.  I suspect this represents
a metallic foreign body (needle) in his buttocks. Bony detail is obscured somewhat by stabilization device.  I
see no definitive evidence of acute bony fracture or dislocation on the views provided.

IMPRESSION:

NO ACUTE BONY ABNORMALITIES ARE SEEN AT THE RIGHT HIP AT THIS TIME.  VASCULAR
CALCIFICATION. THERE IS A LINEAR METALLIC FOREIGN BODY WHICH LIKELY REPRESENTS A
NEEDLE IN THE BUTTOCKS. CORRELATE CLINICALLY.

STAT FAX REPORT

TRANSCRIBED BY: TLN, Jun 29 2004 4:05P
READING RADIOLOGIST: JOSEPH P NEDRESKY

---

HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550
**HAMOT MEDICAL CENTER**            201 STATE STREET • ERIE, PENNSYLVANIA 16550

PATIENT:   BIEBEL, DAVID                        MEDICAL RECORD NO: 210219
ADDRESS:   104 AVERLON AVE APT 24
           ERIE, PA 16509
AGE: 60Y   SEX: M                               ORDER NUMBER: 90004
BIRTHDATE: 04/02/1944                           DIAGNOSIS: FALL VICTIM, NECK, BACK, KNEE

ATTENDING DR: ,                                 REASON FOR EXAM:
ORDERING DR:  PATTON, KENNETH                    PAIN S/P FALL

HOSPITAL SVC: ERM
ROOM NO:                                        ACC#: 2530657  C71
                                                FLUORO TIME:
RAD NO:   725647                                PATIENT NO: 240645994
TECH COMMENTS:
                                                ED FILE COPY

IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.

***Signed***

Jun 29 2004  - RDD HIP RT INC PELVIS (TRAUMA) 90004

RESULT:      RIGHT HIP:

Frontal film of the pelvis and two views of the right hip are presented for review.  There is a linear metallic
density approximately 2.5 cm in diameter which is seen posteriorly on the lateral view.  I suspect this represents
a metallic foreign body (needle) in his buttocks.  Bony detail is obscured somewhat by stabilization device.  I
see no definitive evidence of acute bony fracture or dislocation on the views provided.

IMPRESSION:

NO ACUTE BONY ABNORMALITIES ARE SEEN AT THE RIGHT HIP AT THIS TIME.  VASCULAR
CALCIFICATION.  THERE IS A LINEAR METALLIC FOREIGN BODY WHICH LIKELY REPRESENTS A
NEEDLE IN THE BUTTOCKS.  CORRELATE CLINICALLY.

STAT FAX REPORT

TRANSCRIBED BY: TLN, Jun 29 2004 4:05P
READING RADIOLOGIST: JOSEPH P NEDRESKY



FORM #O-31-31L (REV. 5/95)

JUN-29-2004 16:03 FROM HAMOT RADIOLOGY                    TO ED WEST                    P.01/01

HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550

| | |
|---|---|
| PATIENT: BIEBEL, DAVID | MEDICAL RECORD NO: 210219 |
| ADDRESS: 104 AVERLON AVE APT 24 | |
| ERIE, PA 16509 | |
| AGE: 60Y SEX: M | ORDER NUMBER: 90005 |
| BIRTHDATE: 04/02/1944 | DIAGNOSIS: FALL VICTIM, NECK, BACK, KNEE |
| | |
| ATTENDING DR: , | REASON FOR EXAM: |
| ORDERING DR: PATTON, KENNETH | PAIN S/P FALL |
| | |
| HOSPITAL SVC: ERM | |
| ROOM NO: EDW EDW025 | ACC#: 2530660 C71 |
| | FLUORO TIME: |
| RAD NO: 725647 | PATIENT NO: 240645994 |
| TECH COMMENTS: | |

IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.

***Preliminary - Not Reviewed by the Radiologist***

Jun 29 2004  - RDD KNEE RIGHT AP,LAT BOTH OBLIQUES  90005

RESULT:     RIGHT KNEE:

STAT FAX REPORT

Four views of the right knee are presented for review. Overlying artifact obscures visualization somewhat.
Bones are normal in alignment and contour. There is no direct evidence of acute fracture or dislocation. If there
is concern for internal derangement, MRI might prove useful. Joint spaces are adequately defined. Incidental
note is made of vascular calcification.

IMPRESSION:

NO ACUTE BONY ABNORMALITIES ARE SEEN ABOUT THE RIGHT KNEE AT THIS TIME.
CONSIDERATIONS FOR FOLLOW-UP AS ABOVE.

TRANSCRIBED BY: TLN, Jun 29 2004 3:56P
READING RADIOLOGIST: JOSEPH P NEDRESKY

JUN-29-2004 16:50                    814 877 6149                    98%                    TOTAL P.01
                                                                                           P.01

HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550
**HAMOT MEDICAL CENTER**                    201 STATE STREET • ERIE, PENNSYLVANIA 16550

PATIENT:  BIEBEL, DAVID                                      MEDICAL RECORD NO: 210219
ADDRESS:  104 AVERLON AVE APT 24
           ERIE, PA 16509
AGE: 60Y  SEX: M                                            ORDER NUMBER: 90005
BIRTHDATE: 04/02/1944                                       DIAGNOSIS: FALL VICTIM, NECK, BACK, KNEE

ATTENDING DR: ,                                             REASON FOR EXAM:
ORDERING DR:  PATTON, KENNETH                               PAIN S/P FALL

HOSPITAL SVC: ERM
ROOM NO:                                                    ACC#: 2530660  C71
                                    FLUORO TIME:
RAD NO:  725647                                             PATIENT NO: 240645994
TECH COMMENTS:

                                 ED FILE COPY

IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.

***Signed***

Jun 29 2004  - RDD KNEE RIGHT AP,LAT BOTH OBLIQUES  90005

RESULT:    RIGHT KNEE:

STAT FAX REPORT

Four views of the right knee are presented for review.  Overlying artifact obscures visualization somewhat.
Bones are normal in alignment and contour.  There is no direct evidence of acute fracture or dislocation.  If there
is concern for internal derangement, MRI might prove useful.  Joint spaces are adequately defined.  Incidental
note is made of vascular calcification.

IMPRESSION:

NO ACUTE BONY ABNORMALITIES ARE SEEN ABOUT THE RIGHT KNEE AT THIS TIME.
CONSIDERATIONS FOR FOLLOW-UP AS ABOVE.

   TRANSCRIBED BY:  TLN, Jun 29 2004 3:56P
**READING RADIOLOGIST:** JOSEPH P NEDRESKY



FORM #O-31-31L (REV 5/95)





