IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BIEBEL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-410 Erie |
| KOHL'S DEPARTMENT STORE, | ) |
| Defendant. | ) |

## **ORDER**

AND NOW, this 13th day of October, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

                                                    s/ Sean J. McLaughlin
                                                    United States District Judge

cm: All counsel of record.