IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant's Motion to Exclude Testimony of Dr. Nick Stefanovski, it is hereby ORDERED that the motion is GRANTED and Dr. Nick Stefanovski shall be precluded from testifying at trial.

BY THE COURT:

_____