IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION IN LIMINE TO EXCLUDE MEDICAL BILLS

AND NOW, comes Defendant, Kohl's Department Stores, Inc., incorrectly identified as Kohl's Department Store, by and through its attorneys, Tighe, Evan, Schenck and Paras, and files the following Motion in Limine to Exclude Medical Bills:

1. Plaintiff has produced through discovery medical bills from various treatment providers allegedly incurred as a result of injuries sustained as a result of his fall at Kohl's.

2. Some of the medical bills reflect that Medicare paid less than the actual charge submitted by each provider and that each provider adjusted or otherwise wrote off portions of each bill.

3. Under Pennsylvania law, a plaintiff's recovery for past medical services is limited to the amount actually paid and accepted as payment in full by the provider. Moorhead v. Crozer Chester Medical Center, 564 Pa. 156, 765 A.2d 786 (2001).

4.     In the present case, plaintiff should be precluded from introducing into evidence those portions of each medical bill that exceed the amount paid by Medicare. Plaintiff should be limited to submitting bills reflecting the amounts paid by Medicare and any co-pays owed or paid by plaintiff.

WHEREFORE, Defendant Kohl's Department Stores, Inc., respectfully requests the within Motion in Limine to Exclude Medical Bills be granted.

Respectfully submitted,

TIGHE, EVAN, SCHENCK & PARAS

By _____
Cynthia L. O'Donnell, Esquire
Pa. I.D. No. 59541
Attorney for Defendant Kohl's Department Stores, Inc., incorrectly identified as Kohl's Department Store

Four Gateway Center
444 Liberty Avenue, Suite 1300
Pittsburgh, PA 15222-1223

(412) 391-8100

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION IN LIMINE TO EXCLUDE MEDICAL BILLS** has been served upon all parties listed below via First Class, U.S. Mail, postage pre-paid, on this _12_ day of October, 2005:

Kevin W. Barron, Esquire
821 State Street
Erie, PA 16501
(Attorney for Plaintiff)

TIGHE, EVAN, SCHENCK & PARAS

By: _____

Cynthia L. O'Donnell, Esquire
Pa. I.D. No. 59541
Attorney for Defendant Kohl's
Department Stores, Inc., incorrectly
identified as Kohl's Department Store

Four Gateway Center
444 Liberty Avenue, Suite 1300
Pittsburgh, PA 15222-1223

(412) 391-8100