IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2005, upon consideration

of Defendant's Motion to Exclude Medical Bills, it is hereby ORDERED that the motion is

GRANTED that Plaintiff should be limited to submitting bills reflecting the amounts paid by

Medicare and any co-pays owed or paid by plaintiff.

BY THE COURT:

_____

3