IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BIEBEL, | ) | ERIE DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| KOHL'S DEPARTMENT STORE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED VOIR DIRE

AND NOW, comes the Defendant, Kohl's Department Stores, Inc., incorrectly

identified as Kohl's Department Store, by and through its attorneys, Tighe, Evan, Schenck

and Paras, and files the following Proposed Voir Dire:

1.    Have you or other members of your family ever worked for, been served by,

treated by, or had any professional or social association with the following:

Dr. Nick Stefanovski

2.    If you have been a party to a law suit, what was the law suit about and what

was the outcome?

TIGHE, EVAN, SCHENCK & PARAS

By:_____
Cynthia L. O'Donnell, Esquire
Pa. I.D. No. 59541
Attorney for Defendant Kohl's Department
Stores, Inc., incorrectly identified as Kohl's
Department Store

Four Gateway Center
444 Liberty Avenue, Suite 1300
Pittsburgh, PA 15222-1223

(412) 391-8100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT'S**

**PROPOSED VOIR DIRE** has been served upon all parties listed below via First Class,

U.S. Mail, postage pre-paid, on this _12_ day of October, 2005:

Kevin W. Barron, Esquire
821 State Street
Erie, PA 16501
(Attorney for Plaintiff)


TIGHE, EVAN, SCHENCK & PARAS

By: _Cynthia O'Donnell_

Cynthia L. O'Donnell, Esquire
Pa. I.D. No. 59541
Attorney for Defendant Kohl's Department
Stores, Inc., incorrectly identified as Kohl's
Department Store

Four Gateway Center
444 Liberty Avenue, Suite 1300
Pittsburgh, PA 15222-1223

(412) 391-8100

2